# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132809

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                       SC: 132809
                                       COA: 273282
                                       Charlevoix CC: 05-001310-FH

DARREN WILLIAM KASSUBA,
      Defendant-Appellant.
                                       05-002610-FH

_____/

      On order of the Court, the application for leave to appeal the November 6, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

Clerk